WR-71,296-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/15/2015 4:23:34 PM
Accepted 7/15/2015 4:38:19 PM
ABEL ACOSTA
CLERK

# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

RECEIVED
COURT OF CRIMINAL APPEALS
7/15/2015
ABEL ACOSTA, CLERK

July 15, 2015

Mr. Abel Acosta
Court of Criminal Appeals

RE:   Ex parte Clifton Williams

Dear Mr. Acosta,

Pursuant to the miscellaneous rules, I am providing an explanation as to the filing of a subsequent writ of habeas corpus under 11.071 §5 and a Motion for Stay with your Court on July 15, 2015 for an execution scheduled for July 16, 2015.

On June 11, 2015 the trial court appointed me to represent Mr. Williams in seeking a petition for clemency with the Texas Board of Pardons and Paroles. It was counsel's understanding that the previous attorneys would not be representing Mr. Williams following the denial of certiorari by the United States Supreme Court.  On June 11, 2015, the trial court set the date of execution for July 16, 2015.  The petition seeking clemency was timely filed and denied on July 14, 2015.

On July 15, 2015, at approximately 10:00 a.m. Counsel was notified by the Texas Attorney General's Office, Mr. Ed Williams and Ms. Fredericka Sargent by phone that they received notice from the Texas Department of Public Safety which affects this case.  Since that time, counsel has filed two motions with the trial court, and prepared and filed a subsequent writ application in this case.  If you have any questions, please feel free to contact me.

Respectfully submitted,

James W. Huggler, Jr.